THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, et al., Respondents, *v.* IROQUOIS NATURAL GAS COMPANY, Appellant.

*Public service corporations — inadequacy of supply no excuse for refusal of natural gas company to connect additional dwellings with its mains.*

*Public Service Comm.* v. *Iroquois Nat. Gas Co.*, 189 App. Div. 545, affirmed.

(Argued June 2, 1920; decided July 7, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 13, 1919, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The proceeding was under section 74 of the Public Service Commissions Law and the judgment prohibited defendant from refusing to supply natural gas to dwellings in front of which its mains were laid and directed it to connect such dwellings with its mains and supply natural gas thereto. Defendant contended that its supply was inadequate to warrant its taking on new consumers. The Appellate Division held that while discrimination in the use of gas might be permissible, discrimination between individuals was not. " All should be treated alike; equality of right requires equality of service."

*Daniel J. Kenefick* for appellant.
*Ledyard P. Hale* for Public Service Commission, respondent.

*William S. Rann, Corporation Counsel (Frederick C. Rupp* of counsel), for city of Buffalo, respondent.

*Henry W. Killeen* and *M. W. Weimar* for John F. Burke, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.